|  |  |  |  | $64,567.00 |
| Name | Category | Quantity | Estimated Resale Value Per unit | Total Estimated resale value |
| --- | --- | --- | --- | --- |
| Assorted Computer Monitors 22 inch to 21 in | Office Equipment | 15 | $50.00 | $750.00 |
| LG TV 75" | Office Equipment | 1 | $500.00 | $500.00 |
| Credenza conference room | Office Furniture | 1 | $200.00 | $200.00 |
| Office lateral file cabinet | Office Furniture | 2 | $75.00 | $150.00 |
| Bookshelf | Office Furniture | 1 | $50.00 | $50.00 |
| Conference Chair Grey | Office Furniture | 7 | $50.00 | $350.00 |
| One person cubicle | Office Furniture | 1 | $200.00 | $200.00 |
| Digital Clock in conference room | Office Furniture | 1 | $20.00 | $20.00 |
| i5 desktop computer | Office Equipment | 1 | $200.00 | $200.00 |
| File Cabinet 5 level | Office Furniture | 2 | $100.00 | $200.00 |
| File Cabinet 2 level | Office Furniture | 2 | $40.00 | $80.00 |
| Magic Card ID card Printer | Office Equipment | 1 | $350.00 | $350.00 |
| Netgear wifi router | Office Equipment | 1 | $30.00 | $30.00 |
| Drafting desk/table | Office Furniture | 1 | $50.00 | $50.00 |
| Computer chair by staple | Office Furniture | 6 | $25.00 | $150.00 |
| Computer chair premium | Office Furniture | 4 | $100.00 | $400.00 |
| Office Executive Desk | Office Furniture | 1 | $200.00 | $200.00 |
| Audio Receiver | Office Equipment | 1 | $50.00 | $50.00 |
| LG  32"T Computer Monitor | Office Equipment | 2 | $100.00 | $200.00 |
| i7 Desktop computer | Office Equipment | 1 | $250.00 | $250.00 |
| Old Computer desk | Office Furniture | 1 | $50.00 | $50.00 |
| Grand Stream VOIP Phone | Office Equipment | 6 | $30.00 | $180.00 |
| Orange stool leather | Office Furniture | 1 | $50.00 | $50.00 |
| Green leather hardwood chair | Office Furniture | 1 | $50.00 | $50.00 |
| Coffee Maker Ninja | Office Equipment | 1 | $30.00 | $30.00 |
| Frigidaire Refrigerator FRTD2021AS0 | Office Equipment | 1 | $300.00 | $300.00 |
| Baker's Rack | Office Furniture | 1 | $50.00 | $50.00 |
| 6 Desk Cubicle | Office Furniture | 1 | $2,500.00 | $2,500.00 |
| Ryzen 7 Desktop HP and Dell | Office Equipment | 5 | $100.00 | $500.00 |
| White board 4 x 8' | Office Fixture | 1 | $100.00 | $100.00 |
| Keycafe key dispenser | Office Equipment | 1 | $800.00 | $800.00 |
| Milwaukee 200' braided fish tape | Other inventory or supply | 2 | $100.00 | $200.00 |
| Milwaukee heat gun | Other inventory or supply | 1 | $33.00 | $33.00 |
| Milwaukee Hammer drill SDS Max | Other inventory or supply | 1 | $220.00 | $220.00 |
| Milwaukee Vacuum | Other inventory or supply | 1 | $80.00 | $80.00 |
| Milwaukee Band Saw | Other inventory or supply | 2 | $180.00 | $360.00 |
| Milwaukee Band Saw Compact | Other inventory or supply | 1 | $100.00 | $100.00 |
| Milwaukee Hackzall | Other inventory or supply | 1 | $40.00 | $40.00 |
| Milwaukee job fan | Other inventory or supply | 2 | $60.00 | $120.00 |
| Milwaukee Circular saw | Other inventory or supply | 1 | $50.00 | $50.00 |
| Milwaukee Compact search light | Other inventory or supply | 1 | $60.00 | $60.00 |
| Dewalt Drill | Other inventory or supply | 2 | $100.00 | $200.00 |
| Dewalt  Hammer Drill | Other inventory or supply | 1 | $120.00 | $120.00 |
| Assorted Hammer drill bits | Other inventory or supply | 1 | $500.00 | $500.00 |
| Bosch Laser | Other inventory or supply | 1 | $130.00 | $130.00 |
| Bosch Stud finder d tect120 | Other inventory or supply | 1 | $159.00 | $159.00 |
| Klein Tools CL150 | Other inventory or supply | 1 | $65.00 | $65.00 |
| Klein Tools CL390 | Other inventory or supply | 1 | $75.00 | $75.00 |
| Dewalt Portable Generator | Goods Held for reslae | 1 | $900.00 | $900.00 |
| Generac Standy Generator 10kW | Goods Held for reslae | 1 | $3,000.00 | $3,000.00 |
| Wheel Barrel Anvil | Other inventory or supply | 2 | $70.00 | $140.00 |
| Table Cart Lift | Other inventory or supply | 1 | $200.00 | $200.00 |
| Crown Pallet Jack | Other inventory or supply | 2 | $290.00 | $580.00 |
| Assorted electrical fittings | Goods Held for reslae | 1 | $7,000.00 | $7,000.00 |
| Shoppa Pallet Jack | Other inventory or supply | 1 | $200.00 | $200.00 |
| Crown Pallet Jack long fork | Other inventory or supply | 1 | $700.00 | $700.00 |
| Ice maker | Other inventory or supply | 1 | $800.00 | $800.00 |
| Assorted breakers | Goods Held for reslae | 1 | $3,000.00 | $3,000.00 |
| Transformer | Goods Held for reslae | 2 | $2,500.00 | $5,000.00 |
| Safety cone | Other inventory or supply | 33 | $10.00 | $330.00 |
| Safety cone base | Other inventory or supply | 33 | $25.00 | $825.00 |
| Gorilla Cart | Other inventory or supply | 1 | $80.00 | $80.00 |

| Dewalt Job Table | Other inventory or supply | 1 | $50.00 | $50.00 |
|---|---|---|---|---|
| Husky Jobsite light | Other inventory or supply | 3 | $120.00 | $360.00 |
| Scaffold | Other inventory or supply | 1 | $100.00 | $100.00 |
| Assorted Wires | Goods Held for reslae | 1 | $2,000.00 | $2,000.00 |
| Assorted Electrical Panels | Goods Held for reslae | 1 | $5,000.00 | $5,000.00 |
| Assorted Conduits | Goods Held for reslae | 1 | $2,000.00 | $2,000.00 |
| Assorted Ladders | Other inventory or supply | 1 | $2,000.00 | $2,000.00 |
| Rhino Breaker Panel spider box | Other inventory or supply | 1 | $600.00 | $600.00 |
| Green Lee PVC Heater | Other inventory or supply | 1 | $550.00 | $550.00 |
| Assorted PV Racking material | Other inventory or supply | 1 | $2,000.00 | $2,000.00 |
| Assorted Safety Harness | Other inventory or supply | 1 | $1,500.00 | $1,500.00 |
| Assorted Earth Work Tools | Other inventory or supply | 1 | $500.00 | $500.00 |
| Gym Locker 6 spaces | Other inventory or supply | 2 | $150.00 | $300.00 |
| Reed Miliohmmeter k5090 | Other inventory or supply | 1 | $350.00 | $350.00 |
| Ideal Circuit tracer | Other inventory or supply | 1 | $900.00 | $900.00 |
| Assorted Hand tools | Other inventory or supply | 1 | $800.00 | $800.00 |
| Standing seam harness anchors | Other inventory or supply | 4 | $200.00 | $800.00 |
| Assorted Warehouse racks | Other inventory or supply | 1 | $3,000.00 | $3,000.00 |
| Assorted PV modules | Goods Held for reslae | 1 | $2,000.00 | $2,000.00 |
| Misc items | Other inventory or supply | 1 | $3,000.00 | $3,000.00 |
| Office speaker system | Office Fixture | 1 | $500.00 | $500.00 |
| Assorted laptop and tablet | Office Equipment | 1 | $2,000.00 | $2,000.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |

$0.00
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00