| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KV / I9B 28270501 | 01/ | 8087585 | 1 of 1 | | ADP® |

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 08/14/2024
Period Ending: 08/27/2024
Pay Date: 08/26/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    0
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1846.16 | 41076.89 |
| Commission | | | 0.00 | 26211.12 |
| **Gross Pay** | | | **$1,846.16** | **$67,288.01** |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | -145.23 | 9627.48 |
| Social Security | | -114.47 | 4171.86 |
| Medicare | | -26.77 | 975.68 |

| Voluntary Deductions | | this period | year to date |
|---|---|---|---|
| Advance | | 0.00 | 4000.00 |
| Miscellaneous | | 0.00 | 434.98 |

**Net Pay**    **$1,559.69**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 40.00 |
| - Accrued Hours | 3.08 | 95.38 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 95.38 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX1017 | XXXXXXXXX | 1559.69 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $1,846.16

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 08/26/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1017 | XXXXXXXXX | 1559.69 |

THIS IS NOT A CHECK

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 8070815 | 1 of 1 |

## Earnings Statement

ADP

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 08/14/2024
Period Ending: 08/27/2024
Pay Date: 08/20/2024

Taxable Filing Status: Single
Exemptions/Allowances:
 Federal: Std W/H Table
 State: 0
 Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 39230.73 |
| Commission | | 0.00 | 12000.00 | 26211.12 |
| **Gross Pay** | | | **$12,000.00** | **$65,441.85** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -2864.03 | 9482.25 |
| Social Security | -744.00 | 4057.39 |
| Medicare | -174.00 | 948.91 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Advance | -4000.00 | 4000.00 |
| Miscellaneous | 0.00 | 434.98 |

| **Net Pay** | | **$4,217.97** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 40.00 |
| - Accrued Hours | 0.00 | 92.31 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 92.31 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1017 | XXXXXXXXX | 4217.97 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $12,000.00

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 08/20/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1017 | XXXXXXXXX | 4217.97 |

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KV / I9B 28270501 | 01/ | 8060395 | 1 of 1 | | ADP® |

METZ ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 07/31/2024
Period Ending: 08/13/2024
Pay Date: 08/16/2024

Taxable Filing Status: Single
Exemptions/Allowances:
 Federal:   Std W/H Table
 State:     0
 Local:     0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal:   0.00 Addnl
 State:
 Local:

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2307.69 | 39230.73 |
| Commission | | | 0.00 | 14211.12 |
| **Gross Pay** | | | **$2,307.69** | **$53,441.85** |

| Statutory Deductions | | | this period | year to date |
|---|---|---|---|---|
| Federal Income | | | -200.62 | 6618.22 |
| Social Security | | | -143.07 | 3313.39 |
| Medicare | | | -33.46 | 774.91 |

| Voluntary Deductions | | | this period | year to date |
|---|---|---|---|---|
| Miscellaneous | | | 0.00 | 434.98 |

| **Net Pay** | | | **$1,930.54** | |
|---|---|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 40.00 |
| - Accrued Hours | 3.08 | 92.31 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 92.31 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX1017 | XXXXXXXXX | 1930.54 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,307.69

METZ ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 08/16/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1017 | XXXXXXXXX | 1930.54 |

THIS IS NOT A CHECK

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 8018591 | 1 of 1 |

## Earnings Statement

**ADP**

METAL ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 07/17/2024
Period Ending: 07/30/2024
Pay Date: 08/02/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:    Std W/H Table
  State:      0
  Local:      0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:    0.00 Addnl
  State:
  Local:

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2307.69 | 36923.04 |
| Commission | | | 0.00 | 14211.12 |
| **Gross Pay** | | | **$2,307.69** | **$51,134.16** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -200.62 | 6417.60 |
| Social Security | -143.08 | 3170.32 |
| Medicare | -33.47 | 741.45 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Miscellaneous | 0.00 | 434.98 |

| **Net Pay** | | **$1,930.52** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 40.00 |
| - Accrued Hours | 3.08 | 89.23 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 89.23 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1017 | XXXXXXXXX | 1930.52 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $2,307.69

METAL ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 08/02/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1017 | XXXXXXXXX | 1930.52 |

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7975349 | 1 of 1 | | ADP |

METAL ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 07/03/2024
Period Ending: 07/16/2024
Pay Date: 07/19/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    0
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2307.69 | 34615.35 |
| Commission | | | 0.00 | 14211.12 |
| **Gross Pay** | | | **$2,307.69** | **$48,826.47** |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | -200.62 | 6216.98 |
| Social Security | | -143.08 | 3027.24 |
| Medicare | | -33.46 | 707.98 |

| Voluntary Deductions | | this period | year to date |
|---|---|---|---|
| Miscellaneous | | 0.00 | 434.98 |

| **Net Pay** | | **$1,930.53** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 40.00 |
| - Accrued Hours | 3.08 | 86.15 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 86.15 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1017 | XXXXXXXXX | 1930.53 |

Important Notes
Basis of pay: Salaried

Your federal taxable wages this period are  $2,307.69

METAL ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date:  07/19/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1017 | XXXXXXXXX | 1930.53 |

THIS IS NOT A CHECK

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7929560 | 1 of 1 |

## Earnings Statement

ADP

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 06/19/2024
Period Ending: 07/02/2024
Pay Date: 07/05/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:   Std W/H Table
  State:    0
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:   0.00 Addnl
  State:
  Local:

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2307.69 | 32307.66 |
| Commission | | | 0.00 | 14211.12 |
| **Gross Pay** | | | **$2,307.69** | **$46,518.78** |

| Statutory Deductions | | | this period | year to date |
|---|---|---|---|---|
| Federal Income | | | -200.62 | 6016.36 |
| Social Security | | | -143.07 | 2884.16 |
| Medicare | | | -33.46 | 674.52 |

| Voluntary Deductions | | | this period | year to date |
|---|---|---|---|---|
| Miscellaneous | | | 0.00 | 434.98 |

| **Net Pay** | | | **$1,930.54** | |
|---|---|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 40.00 |
| - Accrued Hours | 3.08 | 83.08 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 83.08 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX1017 | XXXXXXXXX | 1930.54 |

Important Notes
Basis of pay: Salaried

Your federal taxable wages this period are $2,307.69

METRA ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 07/05/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1017 | XXXXXXXXX | 1930.54 |

THIS IS NOT A CHECK

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7880657 | 1 of 1 | | ADP |

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 06/05/2024
Period Ending: 06/18/2024
Pay Date: 06/21/2024

Taxable Filing Status: Single
Exemptions/Allowances:
　Federal:　Std W/H Table
　State:　0
　Local:　0
Social Security Number: XXX-XX-XXXX

Tax Override:
　Federal:　0.00 Addnl
　State:
　Local:

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2307.69 | 29999.97 |
| Commission | | | 0.00 | 14211.12 |
| **Gross Pay** | | | **$2,307.69** | **$44,211.09** |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | -200.62 | 5815.74 |
| Social Security | | -143.08 | 2741.09 |
| Medicare | | -33.46 | 641.06 |

| Voluntary Deductions | | this period | year to date |
|---|---|---|---|
| Miscellaneous | | 0.00 | 434.98 |

**Net Pay**　　$1,930.53

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 40.00 |
| - Accrued Hours | 3.08 | 80.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 80.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1017 | XXXXXXXXX | 1930.53 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,307.69

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 06/21/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1017 | XXXXXXXXX | 1930.53 |

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7838911 | 1 of 1 | | ADP |

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 05/22/2024
Period Ending: 06/04/2024
Pay Date: 06/07/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  0
  Local:  0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2307.69 | 27692.28 |
| Commission | | | 0.00 | 14211.12 |
| **Gross Pay** | | | **$2,307.69** | **$41,903.40** |

| Statutory Deductions | | | this period | year to date |
|---|---|---|---|---|
| Federal Income | | | -200.62 | 5615.12 |
| Social Security | | | -143.08 | 2598.01 |
| Medicare | | | -33.46 | 607.60 |

| Voluntary Deductions | | | this period | year to date |
|---|---|---|---|---|
| Miscellaneous | | | -434.98 | 434.98 |

| **Net Pay** | | | **$1,495.55** | |
|---|---|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 40.00 |
| - Accrued Hours | 3.08 | 76.92 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 76.92 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1017 | XXXXXXXXX | 1495.55 |

Important Notes
Basis of pay: Salaried

Your federal taxable wages this period are $2,307.69

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 06/07/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1017 | XXXXXXXXX | 1495.55 |

THIS IS NOT A CHECK

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

Meta Royal Supplemental Doc 3

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7792198 | 1 of 1 |

**Earnings Statement**

ADP

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 05/08/2024
Period Ending: 05/21/2024
Pay Date: 05/24/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:   Std W/H Table
  State:     0
  Local:     0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:   0.00 Addnl
  State:
  Local:

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2307.69 | 25384.59 |
| Commission | | | 0.00 | 14211.12 |
| **Gross Pay** | | | **$2,307.69** | **$39,595.71** |

| Statutory Deductions | | | this period | year to date |
|---|---|---|---|---|
| Federal Income | | | -200.62 | 5414.50 |
| Social Security | | | -143.07 | 2454.93 |
| Medicare | | | -33.46 | 574.14 |
| **Net Pay** | | | **$1,930.54** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 40.00 |
| - Accrued Hours | 3.08 | 73.85 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 73.85 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1017 | XXXXXXXXX | 1930.54 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $2,307.69

METR ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date:    05/24/2024

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1017 | XXXXXXXXX | 1930.54 |

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7744681 | 1 of 1 |

**Earnings Statement**

ADP®

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 04/24/2024
Period Ending: 05/07/2024
Pay Date: 05/10/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  0
  Local:  0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2307.69 | 23076.90 |
| Commission | | | 0.00 | 14211.12 |
| **Gross Pay** | | | **$2,307.69** | **$37,288.02** |

| Statutory Deductions | | | this period | year to date |
|---|---|---|---|---|
| Federal Income | | | -200.62 | 5213.88 |
| Social Security | | | -143.08 | 2311.86 |
| Medicare | | | -33.47 | 540.68 |
| **Net Pay** | | | **$1,930.52** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 40.00 |
| - Accrued Hours | 3.08 | 70.77 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 70.77 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX1017 | XXXXXXXXX | 1930.52 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,307.69

METARIGHT ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 05/10/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1017 | XXXXXXXXX | 1930.52 |

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Company Code | Loc/Dept | Number | Page | Earnings Statement | | |
|---|---|---|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7694288 | 1 of 1 | | | ADP |

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 04/10/2024
Period Ending: 04/23/2024
Pay Date: 04/26/2024

Taxable Filing Status: Single
Exemptions/Allowances:
　Federal:　Std W/H Table
　State:　0
　Local:　0
Social Security Number: XXX-XX-XXXX

Tax Override:
　Federal:　0.00 Addnl
　State:
　Local:

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2307.69 | 20769.21 |
| Commission | | 0.00 | 4304.55 | 14211.12 |
| Gross Pay | | | $6,612.24 | $34,980.33 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1184.57 | 5013.26 |
| Social Security | -409.96 | 2168.78 |
| Medicare | -95.87 | 507.21 |
| Net Pay | $4,921.84 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 40.00 |
| - Accrued Hours | 3.08 | 67.69 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 67.69 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1017 | XXXXXXXXX | 4921.84 |

Important Notes
Basis of pay: Salaried

Your federal taxable wages this period are $6,612.24

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 04/26/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1017 | XXXXXXXXX | 4921.84 |

THIS IS NOT A CHECK

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7655677 | 1 of 1 |

**Earnings Statement**

ADP®

METAL ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting:  03/27/2024
Period Ending:   04/09/2024
Pay Date:        04/12/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:    Std W/H Table
  State:      0
  Local:      0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2307.69 | 18461.52 |
| Commission | | | 0.00 | 9906.57 |
| **Gross Pay** | | | **$2,307.69** | **$28,368.09** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -200.62 | 3828.69 |
| Social Security | -143.08 | 1758.82 |
| Medicare | -33.46 | 411.34 |
| **Net Pay** | **$1,930.53** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 40.00 |
| - Accrued Hours | 3.08 | 64.62 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 64.62 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1017 | XXXXXXXXX | 1930.53 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $2,307.69

METAL ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date:  04/12/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1017 | XXXXXXXXX | 1930.53 |

THIS IS NOT A CHECK

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7611950 | 1 of 1 | | ADP |

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting:   03/13/2024
Period Ending:    03/26/2024
Pay Date:         03/29/2024

Taxable Filing Status: Single
Exemptions/Allowances:            Tax Override:
  Federal:   Std W/H Table          Federal:   0.00 Addnl
  State:     0                      State:
  Local:     0                      Local:
Social Security Number: XXX-XX-XXXX

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2307.69 | 16153.83 |
| Commission | | | 0.00 | 9906.57 |
| **Gross Pay** | | | **$2,307.69** | **$26,060.40** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -200.62 | 3628.07 |
| Social Security | -143.07 | 1615.74 |
| Medicare | -33.47 | 377.88 |
| **Net Pay** | **$1,930.53** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 40.00 |
| - Accrued Hours | 3.08 | 61.54 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 61.54 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1017 | XXXXXXXXX | 1930.53 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $2,307.69

METLA ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date:   03/29/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1017 | XXXXXXXXX | 1930.53 |

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7565843 | 1 of 1 | | ADP |

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 02/28/2024
Period Ending: 03/12/2024
Pay Date: 03/15/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  0
  Local:  0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2307.69 | 13846.14 |
| Commission | | 0.00 | 1054.92 | 9906.57 |
| **Gross Pay** | | | **$3,362.61** | **$23,752.71** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -425.97 | 3427.45 |
| Social Security | -208.48 | 1472.67 |
| Medicare | -48.75 | 344.41 |
| **Net Pay** | | **$2,679.41** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 40.00 |
| - Accrued Hours | 3.08 | 58.46 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 58.46 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1017 | XXXXXXXXX | 2679.41 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $3,362.61

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 03/15/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1017 | XXXXXXXXX | 2679.41 |

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7519158 | 1 of 1 |

**Earnings Statement**

ADP®

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 02/14/2024
Period Ending: 02/27/2024
Pay Date: 03/01/2024

Taxable Filing Status: Single
Exemptions/Allowances:
 Federal:  Std W/H Table
 State:  0
 Local:  0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal:  0.00 Addnl
 State:
 Local:

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2307.69 | 11538.45 |
| Commission | | 0.00 | 3001.65 | 8851.65 |
| **Gross Pay** | | | **$5,309.34** | **$20,390.10** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -871.88 | 3001.48 |
| Social Security | -329.18 | 1264.19 |
| Medicare | -76.99 | 295.66 |
| **Net Pay** | **$4,031.29** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 40.00 |
| - Accrued Hours | 3.08 | 55.38 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 55.38 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1017 | XXXXXXXXX | 4031.29 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $5,309.34

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 03/01/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1017 | XXXXXXXXX | 4031.29 |

THIS IS NOT A CHECK

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7474001 | 1 of 1 | | ADP |

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 01/31/2024
Period Ending: 02/13/2024
Pay Date: 02/16/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2307.69 | 9230.76 |
| Commission | | | 0.00 | 5850.00 |
| Gross Pay | | | $2,307.69 | $15,080.76 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -200.62 | 2129.60 |
| Social Security | -143.08 | 935.01 |
| Medicare | -33.46 | 218.67 |
| Net Pay | $1,930.53 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 40.00 |
| - Accrued Hours | 3.08 | 52.31 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 52.31 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1017 | XXXXXXXXX | 1930.53 |

Important Notes
Basis of pay: Salaried

Your federal taxable wages this period are $2,307.69

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 02/16/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1017 | XXXXXXXXX | 1930.53 |

THIS IS NOT A CHECK

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7431523 | 1 of 1 | **Earnings Statement** | ADP |

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 01/17/2024
Period Ending: 01/30/2024
Pay Date: 02/02/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  0
  Local:  0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

**Craig Thrush**
**7708 Shasta Dr**
**McKinney, TX 75071**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2307.69 | 6923.07 |
| Commission | | | 0.00 | 5850.00 |
| **Gross Pay** | | | **$2,307.69** | **$12,773.07** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -200.62 | 1928.98 |
| Social Security | -143.08 | 791.93 |
| Medicare | -33.46 | 185.21 |
| **Net Pay** | | **$1,930.53** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 40.00 |
| - Accrued Hours | 3.08 | 49.23 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 49.23 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1017 | XXXXXXXXX | 1930.53 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,307.69

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 02/02/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1017 | XXXXXXXXX | 1930.53 |

**THIS IS NOT A CHECK**

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7384541 | 1 of 1 |

**Earnings Statement**

ADP

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 01/03/2024
Period Ending: 01/16/2024
Pay Date: 01/19/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2307.69 | 4615.38 |
| Commission | | 0.00 | 1050.00 | 5850.00 |
| **Gross Pay** | | | **$3,357.69** | **$10,465.38** |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | -424.88 | 1728.36 |
| Social Security | | -208.17 | 648.85 |
| Medicare | | -48.69 | 151.75 |
| **Net Pay** | | **$2,675.95** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 40.00 |
| - Accrued Hours | 3.08 | 46.15 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 46.15 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1017 | XXXXXXXXX | 2675.95 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $3,357.69

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 01/19/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1017 | XXXXXXXXX | 2675.95 |

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7342219 | 1 of 1 |

## Earnings Statement

ADP

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting:  12/20/2023
Period Ending:   01/02/2024
Pay Date:        01/05/2024

Taxable Filing Status: Single
Exemptions/Allowances:
　Federal:  Std W/H Table
　State:    0
　Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
　Federal:  0.00 Addnl
　State:
　Local:

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2307.69 | 2307.69 |
| Commission | | 0.00 | 4800.00 | 4800.00 |
| **Gross Pay** | | | **$7,107.69** | **$7,107.69** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1303.48 | 1303.48 |
| Social Security | -440.68 | 440.68 |
| Medicare | -103.06 | 103.06 |
| **Net Pay** | | **$5,260.47** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 40.00 |
| - Accrued Hours | 43.08 | 43.08 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 43.08 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1017 | XXXXXXXXX | 5260.47 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $7,107.69

METAL ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date:   01/05/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1017 | XXXXXXXXX | 5260.47 |

THIS IS NOT A CHECK

Craig Thrush
7708 Shasta Dr
McKinney, TX 75071