| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 8111368 | 1 of 1 |

METAROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

## Earnings Statement

Period Starting: 08/28/2024
Period Ending: 09/10/2024
Pay Date: 09/03/2024

ADP®

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:    Std W/H Table
  State:      0
  Local:      0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:    0.00 Addnl
  State:
  Local:

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 44500.00 |
| Commission | | | 0.00 | 1500.00 |
| Gross Pay | | | | $46,000.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 3574.05 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AmericanFund% | 0.00 | 4400.00 |

| Net Pay | | $0.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Emp Contr SANA | 94.99 | 1714.54 |
| S-corp Owner | 757.46 | 11833.49 |
| *SIMPLE IRA % employer | 0.00 | 1320.00 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $757.46
* Excluded from Federal taxable wages

METAROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date:    09/03/2024


THIS IS NOT A CHECK

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 8087584 | 1 of 1 |

**Earnings Statement**

ADP®

METAROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting:  08/14/2024
Period Ending:   08/27/2024
Pay Date:        08/26/2024

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    0
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2000.00 | 44500.00 |
| Commission | | | 0.00 | 1500.00 |
| **Gross Pay** | | | **$2,000.00** | **$46,000.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -178.28 | 3574.05 |
| Social Security | -124.00 | 2852.00 |
| Medicare | -29.00 | 667.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AmericanFund% | 0.00 | 4400.00 |
| **Net Pay** | **$1,668.72** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Emp Contr SANA | 94.99 | 1619.55 |
| S-corp Owner | 757.46 | 11076.03 |
| *SIMPLE IRA % employer | 0.00 | 1320.00 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8257 | XXXXXXXXX | 1668.72 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $2,757.46
* Excluded from Federal taxable wages

METAROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date:   08/26/2024

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8257 | XXXXXXXXX | 1668.72 |

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

Meta Royal Supplemental Doc 2

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 8060393 | 1 of 1 |

**Earnings Statement**

ADP®

METAROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 07/31/2024
Period Ending: 08/13/2024
Pay Date: 08/16/2024

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 42500.00 |
| Commission | | | 0.00 | 1500.00 |
| **Gross Pay** | | | **$2,500.00** | **$44,000.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -208.28 | 3395.77 |
| Social Security | -155.00 | 2728.00 |
| Medicare | -36.25 | 638.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AmericanFund% | -250.00 | 4400.00 |

| **Net Pay** | | **$1,850.47** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Emp Contr SANA | 94.99 | 1524.56 |
| S-corp Owner | 757.46 | 10318.57 |
| *SIMPLE IRA % employer | 75.00 | 1320.00 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8257 | XXXXXXXXX | 1850.47 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $3,007.46
* Excluded from Federal taxable wages

METAROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 08/16/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8257 | XXXXXXXXX | 1850.47 |

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| KV / I9B 28270501 | 01/ | 8018589 | 1 of 1 | **Earnings Statement** | ADP® |

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 07/17/2024
Period Ending: 07/30/2024
Pay Date: 08/02/2024

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:   Std W/H Table
  State:     0
  Local:     0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:   0.00 Addnl
  State:
  Local:

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 40000.00 |
| Commission | | | 0.00 | 1500.00 |
| **Gross Pay** | | | **$2,500.00** | **$41,500.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | −208.28 | 3187.49 |
| Social Security | −155.00 | 2573.00 |
| Medicare | −36.25 | 601.75 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AmericanFund% | −250.00 | 4150.00 |

| **Net Pay** | | **$1,850.47** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Emp Contr SANA | 94.99 | 1429.57 |
| S-corp Owner | 757.46 | 9561.11 |
| *SIMPLE IRA % employer | 75.00 | 1245.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8257 | XXXXXXXXX | 1850.47 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $3,007.46
* Excluded from Federal taxable wages

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date:    08/02/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8257 | XXXXXXXXX | 1850.47 |

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7975347 | 1 of 1 |

## Earnings Statement

ADP®

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 07/03/2024
Period Ending: 07/16/2024
Pay Date: 07/19/2024

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 37500.00 |
| Commission | | | 0.00 | 1500.00 |
| **Gross Pay** | | | **$2,500.00** | **$39,000.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -208.28 | 2979.21 |
| Social Security | -155.00 | 2418.00 |
| Medicare | -36.25 | 565.50 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AmericanFund% | -250.00 | 3900.00 |

| **Net Pay** | | **$1,850.47** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Emp Contr SANA | 94.99 | 1334.58 |
| S-corp Owner | 757.46 | 8803.65 |
| *SIMPLE IRA % employer | 75.00 | 1170.00 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX8257 | XXXXXXXXX | 1850.47 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $3,007.46
* Excluded from Federal taxable wages

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 07/19/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8257 | XXXXXXXXX | 1850.47 |

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7929558 | 1 of 1 | | ADP |

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 06/19/2024
Period Ending: 07/02/2024
Pay Date: 07/05/2024

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:
Social Security Number: XXX-XX-XXXX

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 35000.00 |
| Commission | | | 0.00 | 1500.00 |
| **Gross Pay** | | | **$2,500.00** | **$36,500.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -208.28 | 2770.93 |
| Social Security | -155.00 | 2263.00 |
| Medicare | -36.25 | 529.25 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AmericanFund% | -250.00 | 3650.00 |

| **Net Pay** | | **$1,850.47** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Emp Contr SANA | 94.99 | 1239.59 |
| S-corp Owner | 757.46 | 8046.19 |
| *SIMPLE IRA % employer | 75.00 | 1095.00 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX8257 | XXXXXXXXX | 1850.47 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $3,007.46
* Excluded from Federal taxable wages

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 07/05/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8257 | XXXXXXXXX | 1850.47 |

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7880655 | 1 of 1 |

**Earnings Statement** — ADP

METAROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 06/05/2024
Period Ending: 06/18/2024
Pay Date: 06/21/2024

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:   Std W/H Table
  State:     0
  Local:     0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:   0.00 Addnl
  State:
  Local:

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  | 0.00 | 2500.00 | 32500.00 |
| Commission |  |  | 0.00 | 1500.00 |
| **Gross Pay** |  |  | **$2,500.00** | **$34,000.00** |

| Statutory Deductions |  | this period | year to date |
|---|---|---|---|
| Federal Income |  | -208.28 | 2562.65 |
| Social Security |  | -155.00 | 2108.00 |
| Medicare |  | -36.25 | 493.00 |

| Voluntary Deductions |  | this period | year to date |
|---|---|---|---|
| *AmericanFund% |  | -250.00 | 3400.00 |
| **Net Pay** |  | **$1,850.47** |  |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Emp Contr SANA | 94.99 | 1144.60 |
| S-corp Owner | 757.46 | 7288.73 |
| *SIMPLE IRA % employer | 75.00 | 1020.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8257 | XXXXXXXXX | 1850.47 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $3,007.46
* Excluded from Federal taxable wages

METAROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 06/21/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8257 | XXXXXXXXX | 1850.47 |

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7838909 | 1 of 1 | | ADP® |

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 05/22/2024
Period Ending: 06/04/2024
Pay Date: 06/07/2024

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:
Social Security Number: XXX-XX-XXXX

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 30000.00 |
| Commission | | | 0.00 | 1500.00 |
| **Gross Pay** | | | **$2,500.00** | **$31,500.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -208.28 | 2354.37 |
| Social Security | -155.00 | 1953.00 |
| Medicare | -36.25 | 456.75 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AmericanFund% | -250.00 | 3150.00 |

**Net Pay** $1,850.47

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Emp Contr SANA | 94.99 | 1049.61 |
| S-corp Owner | 757.46 | 6531.27 |
| *SIMPLE IRA % employer | 75.00 | 945.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8257 | XXXXXXXXX | 1850.47 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $3,007.46
* Excluded from Federal taxable wages

METAROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 06/07/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8257 | XXXXXXXXX | 1850.47 |

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7792196 | 1 of 1 |

**Earnings Statement**

ADP®

METR ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 05/08/2024
Period Ending: 05/21/2024
Pay Date: 05/24/2024

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:    Std W/H Table
  State:      0
  Local:      0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:   0.00 Addnl
  State:
  Local:

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 27500.00 |
| Commission | | | 0.00 | 1500.00 |
| **Gross Pay** | | | **$2,500.00** | **$29,000.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -208.28 | 2146.09 |
| Social Security | -155.00 | 1798.00 |
| Medicare | -36.25 | 420.50 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AmericanFund% | -250.00 | 2900.00 |
| **Net Pay** | **$1,850.47** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Emp Contr SANA | 94.99 | 954.62 |
| S-corp Owner | 757.46 | 5773.81 |
| *SIMPLE IRA % employer | 75.00 | 870.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8257 | XXXXXXXXX | 1850.47 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $3,007.46
* Excluded from Federal taxable wages

METR ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date:   05/24/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8257 | XXXXXXXXX | 1850.47 |

THIS IS NOT A CHECK

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7744679 | 1 of 1 |

**Earnings Statement**

ADP®

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 04/24/2024
Period Ending: 05/07/2024
Pay Date: 05/10/2024

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:   Std W/H Table
  State:     0
  Local:     0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:   0.00 Addnl
  State:
  Local:

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 25000.00 |
| Commission | | | 0.00 | 1500.00 |
| **Gross Pay** | | | **$2,500.00** | **$26,500.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -208.28 | 1937.81 |
| Social Security | -155.00 | 1643.00 |
| Medicare | -36.25 | 384.25 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AmericanFund% | -250.00 | 2650.00 |

| | | |
|---|---|---|
| **Net Pay** | | **$1,850.47** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Emp Contr SANA | 94.99 | 859.63 |
| S-corp Owner | 757.46 | 5016.35 |
| *SIMPLE IRA % employer | 75.00 | 795.00 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX8257 | XXXXXXXXX | 1850.47 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $3,007.46
* Excluded from Federal taxable wages

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date:    05/10/2024

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8257 | XXXXXXXXX | 1850.47 |

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7694286 | 1 of 1 |

**Earnings Statement**

ADP®

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 04/10/2024
Period Ending: 04/23/2024
Pay Date: 04/26/2024

Taxable Filing Status: Married
Exemptions/Allowances:       Tax Override:
  Federal:    Std W/H Table      Federal:    0.00 Addnl
  State:      0                  State:
  Local:      0                  Local:
Social Security Number: XXX-XX-XXXX

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 22500.00 |
| Commission | | | 0.00 | 1500.00 |
| **Gross Pay** | | | **$2,500.00** | **$24,000.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -174.17 | 1729.53 |
| Social Security | -155.00 | 1488.00 |
| Medicare | -36.25 | 348.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AmericanFund% | -250.00 | 2400.00 |

| **Net Pay** | | **$1,884.58** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Emp Contr SANA | 84.96 | 764.64 |
| S-corp Owner | 473.21 | 4258.89 |
| *SIMPLE IRA % employer | 75.00 | 720.00 |

| Deposits |  |  |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX8257 | XXXXXXXXX | 1884.58 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are  $2,723.21
* Excluded from Federal taxable wages

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date:    04/26/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8257 | XXXXXXXXX | 1884.58 |

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7655675 | 1 of 1 |

**Earnings Statement** ADP®

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 03/27/2024
Period Ending: 04/09/2024
Pay Date: 04/12/2024

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    0
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 20000.00 |
| Commission | | 0.00 | 750.00 | 1500.00 |
| **Gross Pay** | | | **$3,250.00** | **$21,500.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -255.17 | 1555.36 |
| Social Security | -201.50 | 1333.00 |
| Medicare | -47.12 | 311.75 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AmericanFund% | -325.00 | 2150.00 |
| **Net Pay** | **$2,421.21** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Emp Contr SANA | 84.96 | 679.68 |
| S-corp Owner | 473.21 | 3785.68 |
| *SIMPLE IRA % employer | 97.50 | 645.00 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8257 | XXXXXXXXX | 2421.21 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $3,398.21
* Excluded from Federal taxable wages

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 04/12/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8257 | XXXXXXXXX | 2421.21 |

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7611948 | 1 of 1 | | ADP |

METRA ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 03/13/2024
Period Ending: 03/26/2024
Pay Date: 03/29/2024

Taxable Filing Status: Married
Exemptions/Allowances:
    Federal:    Std W/H Table
    State:      0
    Local:      0
Social Security Number: XXX-XX-XXXX

Tax Override:
    Federal:    0.00 Addnl
    State:
    Local:

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 17500.00 |
| Commission | | | 0.00 | 750.00 |
| **Gross Pay** | | | **$2,500.00** | **$18,250.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -174.17 | 1300.19 |
| Social Security | -155.00 | 1131.50 |
| Medicare | -36.25 | 264.63 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AmericanFund% | -250.00 | 1825.00 |

| **Net Pay** | | **$1,884.58** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Emp Contr SANA | 84.96 | 594.72 |
| S-corp Owner | 473.21 | 3312.47 |
| *SIMPLE IRA % employer | 75.00 | 547.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8257 | XXXXXXXXX | 1884.58 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $2,723.21
* Excluded from Federal taxable wages

METRA ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date:    03/29/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8257 | XXXXXXXXX | 1884.58 |

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7565839 | 1 of 1 | | ADP |

METOA ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 02/28/2024
Period Ending: 03/12/2024
Pay Date: 03/15/2024

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:   Std W/H Table
  State:     0
  Local:     0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:   0.00 Addnl
  State:
  Local:

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 15000.00 |
| Commission | | | 0.00 | 750.00 |
| **Gross Pay** | | | **$2,500.00** | **$15,750.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -174.17 | 1126.02 |
| Social Security | -155.00 | 976.50 |
| Medicare | -36.25 | 228.38 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AmericanFund% | -250.00 | 1575.00 |

| **Net Pay** | | **$1,884.58** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Emp Contr SANA | 84.96 | 509.76 |
| S-corp Owner | 473.21 | 2839.26 |
| *SIMPLE IRA % employer | 75.00 | 472.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8257 | XXXXXXXXX | 1884.58 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,723.21
* Excluded from Federal taxable wages

METOA ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date:   03/15/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8257 | XXXXXXXXX | 1884.58 |

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7519154 | 1 of 1 | **Earnings Statement** | ADP® |

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 02/14/2024
Period Ending: 02/27/2024
Pay Date: 03/01/2024

Taxable Filing Status: Married
Exemptions/Allowances:
　Federal:　Std W/H Table
　State:　0
　Local:　0
Social Security Number: XXX-XX-XXXX

Tax Override:
　Federal:　0.00 Addnl
　State:
　Local:

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 12500.00 |
| Commission | | | 0.00 | 750.00 |
| **Gross Pay** | | | **$2,500.00** | **$13,250.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -174.17 | 951.85 |
| Social Security | -155.00 | 821.50 |
| Medicare | -36.25 | 192.13 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AmericanFund% | -250.00 | 1325.00 |

**Net Pay** $1,884.58

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Emp Contr SANA | 84.96 | 424.80 |
| S-corp Owner | 473.21 | 2366.05 |
| *SIMPLE IRA % employer | 75.00 | 397.50 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8257 | XXXXXXXXX | 1884.58 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,723.21
* Excluded from Federal taxable wages

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 03/01/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8257 | XXXXXXXXX | 1884.58 |

THIS IS NOT A CHECK

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Company Code | Loc/Dept | Number | Page | Earnings Statement | | |
|---|---|---|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7473998 | 1 of 1 | | | |

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 01/31/2024
Period Ending: 02/13/2024
Pay Date: 02/16/2024

ADP

Taxable Filing Status: Married
Exemptions/Allowances:
 Federal:   Std W/H Table
 State:     0
 Local:     0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 10000.00 |
| Commission | | 0.00 | 750.00 | 750.00 |
| **Gross Pay** | | | **$3,250.00** | **$10,750.00** |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | −255.17 | 777.68 |
| Social Security | | −201.50 | 666.50 |
| Medicare | | −47.13 | 155.88 |

| Voluntary Deductions | | this period | year to date |
|---|---|---|---|
| *AmericanFund% | | −325.00 | 1075.00 |
| **Net Pay** | | **$2,421.20** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Emp Contr SANA | 84.96 | 339.84 |
| S-corp Owner | 473.21 | 1892.84 |
| *SIMPLE IRA % employer | 97.50 | 322.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8257 | XXXXXXXXX | 2421.20 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $3,398.21
* Excluded from Federal taxable wages

META ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 02/16/2024

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8257 | XXXXXXXXX | 2421.20 |

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7431520 | 1 of 1 |

**Earnings Statement**

ADP®

METNROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 01/17/2024
Period Ending: 01/30/2024
Pay Date: 02/02/2024

Taxable Filing Status: Married
Exemptions/Allowances:
   Federal:   Std W/H Table
   State:   0
   Local:   0
Social Security Number: XXX-XX-XXXX

Tax Override:
   Federal:   0.00 Addnl
   State:
   Local:

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 7500.00 |
| **Gross Pay** | | | **$2,500.00** | **$7,500.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -174.17 | 522.51 |
| Social Security | -155.00 | 465.00 |
| Medicare | -36.25 | 108.75 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AmericanFund% | -250.00 | 750.00 |
| **Net Pay** | **$1,884.58** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Emp Contr SANA | 84.96 | 254.88 |
| S-corp Owner | 473.21 | 1419.63 |
| *SIMPLE IRA % employer | 75.00 | 225.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8257 | XXXXXXXXX | 1884.58 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,723.21
* Excluded from Federal taxable wages

---

METNROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 02/02/2024

**Deposited to the account** | account number | transit/ABA | amount
Checking DirectDeposit | XXXXXX8257 | XXXXXXXXX | 1884.58

THIS IS NOT A CHECK

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7384537 | 1 of 1 |

**Earnings Statement**

ADP®

METAROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 01/03/2024
Period Ending: 01/16/2024
Pay Date: 01/19/2024

Taxable Filing Status: Married
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Tax Override:
Federal: 0.00 Addnl
State:
Local:
Social Security Number: XXX-XX-XXXX

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 5000.00 |
| **Gross Pay** | | | **$2,500.00** | **$5,000.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -174.17 | 348.34 |
| Social Security | -155.00 | 310.00 |
| Medicare | -36.25 | 72.50 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AmericanFund% | -250.00 | 500.00 |

| **Net Pay** | | **$1,884.58** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Emp Contr SANA | 84.96 | 169.92 |
| S-corp Owner | 473.21 | 946.42 |
| *SIMPLE IRA % employer | 75.00 | 150.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8257 | XXXXXXXXX | 1884.58 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $2,723.21
* Excluded from Federal taxable wages

METAROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 01/19/2024

**Deposited to the account**

| | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8257 | XXXXXXXXX | 1884.58 |

THIS IS NOT A CHECK

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KV / I9B 28270501 | 01/ | 7342217 | 1 of 1 |

**Earnings Statement**

ADP®

METE ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Period Starting: 12/20/2023
Period Ending: 01/02/2024
Pay Date: 01/05/2024

Taxable Filing Status: Married
Exemptions/Allowances:
 Federal:   Std W/H Table
 State:     0
 Local:     0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal:  0.00 Addnl
 State:
 Local:

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2500.00 | 2500.00 |
| **Gross Pay** | | | **$2,500.00** | **$2,500.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -174.17 | 174.17 |
| Social Security | -155.00 | 155.00 |
| Medicare | -36.25 | 36.25 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AmericanFund% | -250.00 | 250.00 |

| **Net Pay** | | **$1,884.58** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Emp Contr SANA | 84.96 | 84.96 |
| S-corp Owner | 473.21 | 473.21 |
| *SIMPLE IRA % employer | 75.00 | 75.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8257 | XXXXXXXXX | 1884.58 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,723.21
* Excluded from Federal taxable wages

METE ROYAL ENTERPRISES LLC
1320 Post N Paddock St Ste 500
Grand Prairie, TX 75050-1280

Pay Date: 01/05/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8257 | XXXXXXXXX | 1884.58 |

Jiwoo Seok
58 Misty Mesa Trl
Mansfield, TX 76063