**Fill in this information to identify the case:**

Debtor name **Meta Royal Enterprises LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): **24-43613-7**

☑ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor | **Meta Royal Enterprises LLC** | | Case number *(if known)* | **24-43613-7** |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

ABAC LLC dba Lonestar Shelter

141 Seaborn Rd

Ponder, TX 76259

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$9,836.82**

---

**3.2** Nonpriority creditor's name and mailing address

ABC Supply Co

PO Box 842450

Dallas, TX 75284

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

**$41,098.74**

---

**3.3** Nonpriority creditor's name and mailing address

American Express

PO Box 981535

El Paso, TX 79998-1535

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$70,214.18**

---

**3.4** Nonpriority creditor's name and mailing address

BayWa r.e.

1730 Camino Carlos Rey Ste. 201

Santa Fe, NM 87507

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**$8,735.64**

| Debtor | **Meta Royal Enterprises LLC** | Case number *(if known)* | **24-43613-7** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

**3.5** Nonpriority creditor's name and mailing address

**Capital One**

**Attn: Bankruptcy**

**PO Box 30285**

**Salt Lake City, UT 84130**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$27,291.98

---

**3.6** Nonpriority creditor's name and mailing address

**Citibank/The Home Depot**

**Citicorp Cr Srvs/Centralized Bankruptcy**

**PO Box 790040**

**S Louis, MO 63129**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

---

**3.7** Nonpriority creditor's name and mailing address

**City Electric Supply**

**P.O. Box 131811**

**Dallas, TX 75313**

Date or dates debt was incurred _____

Last 4 digits of account number **8 0 0 1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

$331.10

---

**3.8** Nonpriority creditor's name and mailing address

**Columbia Texas PP Industrial, LP**

**c/o Lincoln Advisory Group, Ltd.**

**120 North LaSalle St. Ste. 2900**

**Chicago, IL 60602**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Commercial Lease**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Debtor | **Meta Royal Enterprises LLC** | Case number *(if known)* | **24-43613-7** |
|--------|-------------------------------|--------------------------|----------------|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.9** Nonpriority creditor's name and mailing address

**Crown Credit Company**

**PO Box 640352**

**Cincinnati, OH 45264**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Forklift Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.10** Nonpriority creditor's name and mailing address

**EcoPro LLC**

**5208 Magazine St. #197**

**New Orleans, LA 70115**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$19,709.63**

---

**3.11** Nonpriority creditor's name and mailing address

**EquipmentShare.com, Inc.**

**PO Box 650429**

**Dallas, TX 75265**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,923.98**

---

**3.12** Nonpriority creditor's name and mailing address

**Greentech Renewables Dallas**

**P.O. Box 207115**

**Dallas, TX 75320**

Date or dates debt was incurred _____

Last 4 digits of account number  **5 4 3 6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,184.05**

---

| Debtor | **Meta Royal Enterprises LLC** | Case number *(if known)* | **24-43613-7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $561.62
| **Ironhorse Power Services LLC** | *Check all that apply.*
| | ☐ Contingent
| **PO Box 737365** | ☐ Unliquidated
| **Dallas, TX 75373** | ☐ Disputed
| | **Basis for the claim:** **Utility**
| Date or dates debt was incurred | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,766.19
| **Lonestar Electric Supply** | *Check all that apply.*
| | ☐ Contingent
| **1242 Regal Row** | ☐ Unliquidated
| **Dallas, TX 75247** | ☐ Disputed
| | **Basis for the claim:** **Vendor**
| Date or dates debt was incurred | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,836.82
| **Lonestar Shelter Manuf.** | *Check all that apply.*
| | ☐ Contingent
| **141 Seaborn Rd** | ☐ Unliquidated
| **Ponder, TX 76259** | ☐ Disputed
| | **Basis for the claim:** **Vendor**
| Date or dates debt was incurred | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,441.89
| **Northeast Bank** | *Check all that apply.*
| | ☐ Contingent
| **PO Box 1707** | ☐ Unliquidated
| **Lewiston, ME 04241-1707** | ☐ Disputed
| | **Basis for the claim:** **Bank Loan**
| Date or dates debt was incurred **02/07/2017** | **Is the claim subject to offset?**
| Last 4 digits of account number **9 5 0 0** | ☑ No
| | ☐ Yes

| Debtor | **Meta Royal Enterprises LLC** | Case number *(if known)* | **24-43613-7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,790.46 |
|---|---|---|---|

**Omnidian**

**PO Box 25683**

**Pasadena, CA 91185**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.67 |
|---|---|---|---|

**One Stop Warehouse Pty, Ltd.**

**900 N Great SW Pkwy Ste. 116**

**Arlington, TX 76011**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,254.36 |
|---|---|---|---|

**Parris-Hare**

**4921 Conflans Rd**

**Irving, TX 75061**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.92 |
|---|---|---|---|

**Pep Boys**

**One Presidential Blvd Ste. 400**

**Bala Cynwyd, PA 19004**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Meta Royal Enterprises LLC** | Case number *(if known)* | **24-43613-7** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**3.21**

Nonpriority creditor's name and mailing address

**Rehlko-Discovery Energy, LLC**

**200 Twin Oaks Rd.**

**Kohler, WI 53044**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility**

Is the claim subject to offset?
☑ No
☐ Yes

$216.50

---

**3.22**

Nonpriority creditor's name and mailing address

**Republic Services**

**1212 Harrison Ave**

**Arlington, TX 76011**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$168.54

---

**3.23**

Nonpriority creditor's name and mailing address

**Samsara Networks Inc.**

**1 De Haro St.**

**San Francisco, CA 94107**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$584.85

---

**3.24**

Nonpriority creditor's name and mailing address

**SBA**

**409 3rd St SW**

**Washington, DC 20416**

Date or dates debt was incurred **05/06/2021**

Last 4 digits of account number **8 2 0 6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Small Business Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$150,000.00

---

| Debtor | **Meta Royal Enterprises LLC** | | Case number *(if known)* | **24-43613-7** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.25** Nonpriority creditor's name and mailing address

**Sound Organization**

**459 Dodson Lake Dr.**

**Arlington, TX 76012**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:     $29,940.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

**Spectrum Business**

**4145 S. Falkenburg Rd.**

**Ruskin, FL 33575**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:     $178.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

**Spectrum VOIP**

**PO Box 733619**

**Dallas, TX 75373**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:     $486.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

**Status26, inc.**

**1500 Corporate Circle Ste. 1**

**Southlake, TX 76092**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:     $27.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Meta Royal Enterprises LLC** | Case number *(if known)* | **24-43613-7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,182.00 |
|---|---|---|---|

**Texas Mutual**

**PO Box 1258**

**Austin, TX 78711**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Insurance Premium**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,185.25 |
|---|---|---|---|

**Verizon**

**PO Box 439**

**Newark, NJ 07101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Utility**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111.42 |
|---|---|---|---|

**Vivint Smart Home**

**4931 N 300 W**

**Provo, UT 84604**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Utility**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.50 |
|---|---|---|---|

**Wholesale Electric Supply Company, Inc.**

**PO Box 650430**

**Dallas, TX 75265**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Meta Royal Enterprises LLC** | Case number *(if known)* | **24-43613-7** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:#000;color:#fff">Part 3:</td><td>List Others to Be Notified About Unsecured Claims</td></tr>
</table>

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **Euler Hermes Collections**<br>**100 International Dr. 22nd floor**<br>**Baltimore, MD 21202** | Line **3.4**<br>☐ Not listed. Explain ——————— | ___ ___ ___ ___ |

| Debtor | **Meta Royal Enterprises LLC** | Case number *(if known)* | **24-43613-7** |
| --- | --- | --- | --- |
| | Name | | |

---

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

---

5.    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$397,800.12** |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | **$397,800.12** |

Fill in this information to identify the case:

Debtor name **Meta Royal Enterprises LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): **24-43613-7** Chapter **7**

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

1a. **Real Property:**
Copy line 88 from *Schedule A/B*..................................................................................................    **$0.00**

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*..................................................................................................    **$223,561.29**

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*..................................................................................................    **$223,561.29**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    **$111,655.90**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................    **$0.00**

3b. **Total amount of claims of non-priority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................    **+    $397,800.12**

4. **Total liabilities**..................................................................................................................    **$509,456.02**
Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name      **Meta Royal Enterprises LLC**

United States Bankruptcy Court for the:

     **Northern District of Texas**

Case number (if known):     **24-43613-7**

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to   Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$768,798.85** |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,586,945.05** |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$5,666,757.84** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to   Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor   **Meta Royal Enterprises LLC**                              Case number *(if known)*   **24-43613-7**
_____Name_____

---

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State   ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jiwoo Seok**<br>Creditor's name<br>**58 Misty Mesa Trl**<br>Street<br><br>_____<br>**Mansfield, TX 76063**<br>City          State   ZIP Code | **07/22/2024** | **$8,000.00** | **Seok personally covered payroll on 7/18; LLC repaid Seok on 7/22** |
| **Relationship to debtor**<br>**Owner** | | | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

---

Debtor    **Meta Royal Enterprises LLC**                                    Case number *(if known)*    **24-43613-7**
          Name

5.1.  _____         _____    _____    _____

      Creditor's name

      _____

      Street

      _____

      _____

      City            State    ZIP Code

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> _____ <br> City       State    ZIP Code | _____ <br><br> XXXX–__ __ __ __ | _____ | _____ |

---

**Part 3:   Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **CLEOD9 Voice v. Kosmos Solar Defendant** | **Breach of Contract** | **Justice of the Peace, Precinct 2-Tarrant County** <br> Name <br> **700 E. Abram St.** <br> Street <br><br> **Arlington, TX 76001** <br> City        State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> **JP02-SC00024941** | | | |

| 7.2. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Meta Royal Enterprises, LLC dba Kosmos Solar v. Darren R. Brink** | **Breach of Contract - Judgment** | **Justice of the Peace, Precinct 2-Tarrant County** <br> Name <br> **700 E. Abram St.** <br> Street <br><br> **Arlington, TX 76001** <br> City        State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| **Case number** <br> **JP02-18-SC00020294** | | | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor **Meta Royal Enterprises LLC**

Name

Case number *(if known)* **24-43613-7**

| 8.1. | **Custodian's name and address** | **Description of the property** | **Value** |
|---|---|---|---|

Custodian's name

**Case title**

**Court name and address**

Street

Name

**Case number**

Street

City                State      ZIP Code

**Date of order or assignment**

City                State      ZIP Code

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|---|

Recipient's name

Street

City                State      ZIP Code

**Recipient's relationship to debtor**

---

| Part 5: | Certain Losses |
|---|---|

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss**<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | **Date of loss** | **Value of property lost** |
|---|---|---|---|
| 10.1. **Hand tools-missing** | | **09/01/2024** | **$490.00** |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Debtor | Meta Royal Enterprises LLC | Case number *(if known)* | 24-43613-7 |
|---|---|---|---|
| | Name | | |

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Norred Law, PLLC** | **Attorney's Fee** | **10/3/2024** | **$5,000.00** |

**Address**

**515 E. Border**
Street

**Norred Law, PLLC**

**Arlington, TX 76010**
City                    State      ZIP Code

**Email or website address**


**Who made the payment, if not debtor?**


**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**


**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

Debtor    **Meta Royal Enterprises LLC**                                    Case number *(if known)*    **24-43613-7**
Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Gabriel Torres** | **Scrap PV solar modules (30)** | **08/29/2024** | **$400.00** |
| | Address | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Former employee** | | | |

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Private Buyer** | **2126 lbs. of scrap copper wire** | **08/27/2024** | **$3,700.00** |
| | Address | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | **none** | | | |

| 13.3. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Craig Thrush** | **Transferred 2020 Chevy Traverse in exchanged for debt paid off to GM Financial** | **05/07/2024** | **$8,000.00** |
| | Address | | | |
| | **7708 Shasta Dr.** | | | |
| | Street | | | |
| | **Mckinney, TX 75071** | | | |
| | City          State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Owner, Member of LLC** | | | |

**Part 7:**  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

Debtor    **Meta Royal Enterprises LLC**      Case number *(if known)*    __24-43613-7__

Name

14.1. _____        From _____ To _____

     Street

_____

_____

     City        State    ZIP Code

---

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br><br> Facility name | | _____ |
| _____ <br> Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ <br> City   State   ZIP Code | _____ <br><br> _____ | *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.1** Name / Street / City State ZIP Code | XXXX– __ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | _____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **19.1** Name / Street / City State ZIP Code | Address | | ☐ No ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **20.1** Name / Street / City State ZIP Code | Address | | ☐ No ☐ Yes |

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | _____ | _____ | _____ |
| Street | _____ | _____ | |
| City    State    ZIP Code | _____ | _____ | |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name | _____ | ☐ Pending |
| **Case number** | Street | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City    State    ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City    State    ZIP Code | City    State    ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

Debtor   **Meta Royal Enterprises LLC**                    Case number *(if known)*   **24-43613-7**

Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | _____ |
| Name | Name | _____ | |
| Street | Street | _____ | |
| | | _____ | |
| City          State     ZIP Code | City                State     ZIP Code | | |

---

### Part 13:  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1.** _____ <br> Name | _____ | EIN: __ __ – __ __ __ __ __ __ __ |
| Street | | **Dates business existed** |
| | | From _____   To _____ |
| City          State     ZIP Code | | |

**26.  Books, records, and financial statements**

**26a.**  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** **Smith & Smith & Ruiz, CPA** <br> Name | From **2017**   To **Current** |
| **901 W. Bardin Rd. Ste. 101** <br> Street | |
| **Arlington, TX 76017** <br> City          State     ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26a.2.** **Ming Leung** <br> Name | From **2017**   To **2024** |
| **611 Midpark Dr.** <br> Street | |
| **Euless, TX 76039** <br> City          State     ZIP Code | |

**26b.**  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

---

Debtor    **Meta Royal Enterprises LLC**                                    Case number *(if known)*    **24-43613-7**
Name

| Name and address | Dates of service |
|---|---|
| **26b.1.** Name | From _____ To _____ |
| Street | |
| City                State          ZIP Code | |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** **Jiwoo "Kevin" Seok** Name | |
| **58 Misty Mesa Trl.** Street | |
| **Mansfield, TX 76063** City                State          ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.2.** **Smith & Smith & Ruiz, CPA** Name | |
| **901 W. Bardin Rd. Ste. 101** Street | |
| **76017** City                State          ZIP Code | |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| **26d.1.** **Green Tech Renewables** Name |
| **912 113th Street** Street |
| **76011** City                State          ZIP Code |

| Name and address |
|---|
| **26d.2.** **Bright Oak Energy/Lumifi** Name |
| **1020 E. Battlefield Rd.** Street |
| **65807** City                State          ZIP Code |

Debtor  **Meta Royal Enterprises LLC**
Name

Case number *(if known)*    **24-43613-7**

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| |

27.1.

_____
Name

_____
Street

_____

City          State          ZIP Code

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jiwoo "Kevin" Seok | 58 Misty Mesa Trl Mansfield, TX 76063 | Managing Member, | 55.00% |
| Craig Thrush | 7708 Shasta Dr. Mckinney, TX 75071 | Managing Member, | 45.00% |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ To _____ |

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Jiwoo "Kevin" Seok<br>Name<br>58 Misty Mesa Trl.<br>Street<br><br>Mansfield, TX 76063<br>City          State     ZIP Code | $74,013.81 | 9/15/2023-9/13/2024 | Salary |

| Relationship to debtor |
|---|
| Managing Member |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Craig Thrash**<br>Name<br>**7708 Shasta Dr.**<br>Street<br><br>**Mckinney, TX 75071**<br>City       State       ZIP Code | **$98,519.74** | **9/15/2023-9<br>/03/2024** | **Salary and commission** |

Relationship to debtor

**Managing Member**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. **Caitlyn Thrush**<br>Name<br><br>Street<br><br><br>City       State       ZIP Code | **$1,426.92** | **Past year** | |

Relationship to debtor

**Daughter to Craig Thrush**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. **Corbin Thrush**<br>Name<br><br>Street<br><br><br>City       State       ZIP Code | **$5,338.80** | **Past year** | |

Relationship to debtor

**Son of Craig Thrush**

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **12/18/2024**
            MM/ DD/ YYYY

**X** **/s/ Jiwoo "Kevin" Seok**                     Printed name            **Jiwoo "Kevin" Seok**
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes