# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: | CASE NO: 24-43613-7 |
| Meta Royal Enterprises LLC | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. 3 |

On 12/19/2024, I did cause a copy of the following documents, described below,

Official Form 309C Notice ECF Docket Reference No. 3

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/19/2024

/s/ Clayton Norred
Clayton Norred  24065212

Norred Law
515 E Border St.
Arlington, TX  76010
817 704 3984
anorred@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE:

Meta Royal Enterprises LLC

CASE NO: 24-43613-7

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 3

On 12/19/2024, a copy of the following documents, described below,

Official Form 309C Notice ECF Docket Reference No. 3

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/19/2024

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton Norred
Norred Law
515 E Border St.
Arlington, TX  76010

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS

 REHLKO-DISCOVERY ENERGY, LLC
200 TWIN OAKS RD.
KOHLER WI 53044

FIRST CLASS

GREENTECH RENEWABLES DALLAS
PO BOX 207115
DALLAS TX 75320

FIRST CLASS

CITY ELECTRIC SUPPLY
PO BOX 131811
DALLAS TX 75313