BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                              §
Meta Royal Enterprises LLC                          §       Case No.:   24–43613–elm7
                                                    §       Chapter No.:   7
                              Debtor(s)             §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.


DATED:  3/28/25                     FOR THE COURT:
                                    Stephen J Manz, Clerk of Court

                                    by: /s/N. Noble, Deputy Clerk